# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**
**ex REL., PHILLIP BARLOW**
       **Petitioner**

    V.

**BRISTOL-MEYERS SQUIBB CO., et al**
       **Respondent**

**CIVIL ACTION**

**NO.   04-11540-MLW**

## ORDER OF DISMISSAL

**WOLF D. J.**

In accordance with the Court's MEMORANDUM AND ORDER dated September 27, 2010, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

**September 27, 2010**         **/s/ Dennis O'Leary**
**Date**         **Deputy Clerk**

(dismiss order.wpd - 12/98)